DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DANIEL HORRIGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1591

————————————————

January 14, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Pinellas County, Susan St. John, Judge.

Daniel Horrigan, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and VILLANTI, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.